AO 91 (Rev. 11/11) Criminal Complaint

**FILED**
February 02, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: AE
DEPUTY

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br><br>XZAVIER JONES (1)<br>MATTHEW SYKES (2)<br>ALEXZANDER WYATT (3)<br><br>*Defendant(s)* | Case No. | **W23-027M** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 1, 2023 in the county of Bell in the Western District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 2119 | Carjacking |
| 18 U.S.C. 2 | Aiding and Abetting |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

JOSEPH FIEDLER, TFO-Federal Bureau of Inv.
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/02/2023

[signature]
*Judge's signature*

City and state: Waco, Texas

JEFFREY C. MANSKE, US Magistrate Judge
*Printed name and title*

**W23-027M**

United States District Court
Western District of Texas, Waco Division

Affidavit

Your Affiant is a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI), United States Department of Justice. I have been employed as Texas Peace Officer for 24 years and assigned as a TFO with the FBI 6 years. Your Affiant is currently assigned to the San Antonio Division, Waco Resident Agency (WRA) in Waco, Texas. Your Affiant is currently assigned to the Violent Crimes Task Force with responsibilities to investigate violent crimes, public corruption, major thefts, robbery, and violations enforcing federal criminal statutes. As part of these duties, your Affiant has become involved in the investigation of suspected violations of Title 18, United States Code, § 2119. The facts in this affidavit come from your Affiant's personal observations, his training and experience, and information obtained from other law enforcement officers and witnesses.

1. The statements contained in this affidavit are based on information provided to your Affiant by other law enforcement officers who investigate these types of crimes and through his personal investigation. Your Affiant has set forth herein the facts I believe are necessary to establish probable cause that said violation does exist.
2. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, your Affiant has not included each and every fact known to him concerning this investigation. Your affiant has set forth only facts that I believe are necessary to establish probable cause.

Background of the Investigation

1. On the 1st of February, 2023, Officers with the Temple Police Department (TPD) responded to the 711, located at 2303 South 57th Street, Temple, Texas in reference to a report of a robbery. The 2300 block of South 57th Street is within the Western District of Texas, Waco Division.
2. When TPD Officers arrived, they met with the Victim who was robbed of his personal vehicle at gunpoint. The Victim was in the parking lot of the 7-11 parked at a fuel pump. The Victim was approached by two black males, one of which was armed with a handgun. The black male with the handgun was wearing a black jacket and hoodie, acid washed jeans and grey shoes with white soles. The other black male was wearing a light grey hoodie and black pants. The male with the black jacket and hoodie was the one that pointed the handgun at the victim and demanded his

vehicle --- a bue in color 2016 Kia Forte. After obtaining the vehicle from the Victim by force, the two black males got into the vehicle and left the area. A nearby witness told officers that they observed a red Audi SUV pull into the parking lot of Charlies Cue Pool Hall and drop the two black males off who committed the carjacking.

3. TPD Officers responded to the area in force and canvassed neighborhoods area searching for the stolen vehicle. Officers located the vehicle abandoned in the 1000 block of South 49th Street. Shortly after locating the vehicle, TPD received a call from a citizen who reported seeing a Facebook posting about the robbery and the description of the two black males. The caller reported that the two black males were walking in the area of Glenwood Drive and South 57th Street. TPD Officers located the two black males and made contact with them. One of the black males fled from officers and was caught after a short foot chase. The black male who fled was identified as Xzavier Jones. Jones was wearing a black jacket, hoodie and acid washed jeans. Jones matched the description given by the carjacking victim and the person observed on the 7-11 video surveillance who committed the carjacking. A search of the area where Jones ran revealed a Springfield XD-9 (9mm) handgun, serial number GM860516, that was discarded by Jones during the foot chase.

4. The second black male was identified as Matthew Sykes. Sykes was wearing black pants and a light grey hoodie. Sykes matched the description of the second black male who got into the passenger seat of the victim's vehicle. Officers showed pics of Jones and Sykes to the Victim who identified both of them as the two black males who took his vehicle at gun point.

5. While officers were chasing Jones, he ran into the traffic lanes of South 57th Street and tried to flag down the red Audi SUV that was driving in the area. Officers heard Jones yell for the red Audi SUV to stop and let him in. The red Audi SUV did not stop and continued driving down 57th Street. Once Jones was in custody, Jones told officers that his friend was driving the red Audi SUV.

6. Officers located the red Audi SUV at the gas station located at South 57th Street and Thornton Lane. Officers identified the driver as Alexander Wyatt and the front seat passenger as Zykia Smith. A search of the vehicle revealed illegal contraband and both were arrested for state charges. Jones, Sykes, Wyatt and Smith are all from the North Houston, Texas area.

7. TFO Fiedler interviewed Smith. Smith told Officers that she, Sykes, Jones and Wyatt traveled to Temple in the red Audi SUV with Wyatt as the driver. Smith claimed to not know what the purpose of the trip was for and continued to say that she thought they were going to Dallas, Texas.

8. TFO Fiedler interviewed Jones. Jones admitted that all four of them traveled to Temple, Texas together. Jones admitted to being in possession of the Springfield XD-9 that was recovered by TPD after the foot chase. Jones discarded the gun while being chased by TPD Officers. Jones admitted to robbing the Victim of his vehicle at gunpoint, but placed the blame on Sykes as the one who put him up to the robbery.
9. TFO Fiedler interviewed Sykes. Sykes admitted that all four of them traveled to Temple, Texas together. Sykes admitted to participating in the robbery of the vehicle from the Victim. Sykes said that they dumped the vehicle due to a heavy law enforcement presence in the area after the robbery. Sykes stated that he was contacted by Wyatt and Jones who asked to help with a robbery that was out of town. Sykes said that when they arrived, Wyatt told them that they needed a vehicle to commit the robbery in. Sykes believed that they were going to rob a local drug dealer but did not know the target of the robbery plan. Sykes said that Wyatt drove them around and dropped them off by the 7-11. After the robbery of the Victim and the dumping of the Victim's vehicle, they called Wyatt who picked them up. Sykes said that Wyatt dropped him and Jones off in the neighborhood but would not say what the plan was from there. Sykes said that the plan was initiated by Wyatt while in Houston as he had ties to this area. Jones and Sykes had never heard of or been to Temple, Texas.
10. TFO Fiedler interviewed Wyatt. Wyatt said that he, his sister and his girlfriend were in Temple visiting his cousin. Wyatt claimed to not know Jones or Sykes. Wyatt claimed to be in the area to visit his cousin, Antoine Simmons. Antoine Simmons is currently incarcerated in the Federal Bureau of Prisons.
11. Your Affiant believes that two or more people, to include Jones, Sykes and Wyatt, conspired together to commit a violation of 18 USC 2119, Carjacking.
12. The blue in color 2016 Kia Forte was manufactured outside the State of Texas and therefore traveled in interstate commerce before coming in to ownership by the Victim.

## Conclusion

Based upon the aforementioned facts, there is probable cause to believe that one or more violations of 18 United States Code, § 2119 have been committed by Matthew Sykes, Xzavier Jones and Alexzander Wyatt.

Accordingly, your Affiant respectfully requests that an arrest warrant be issued for Matthew Sykes, Xzavier Jones and Alexzander Wyatt.

FURTHER AFFIANT SAYETH NAUGHT.

________________________________________
JOSEPH FIEDLER, Violent Crimes Task Force
Federal Bureau of Investigation

SWORN TO AND SUBSCRIBED before me 2ND day of February, 2023.

________________________________________
JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE